UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HELEN THOMPSON and WILLIAM THOMPSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:17-CV-63 ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## ORDER

Upon the request of the parties, the Court shall hold a settlement conference on April 11th, 2019 at 9:00 A.M.

Dated: March 4, 2019

SO ORDERED:

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA