**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

HELEN THOMPSON; and WILLIAM THOMPSON,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

CIVIL ACTION NO.: 4:17-cv-63

**O R D E R**

Presently before the Court is the parties' Joint Notice of Settlement, (doc. 38), and Plaintiffs' Motion for Dismissal, (doc. 40.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **GRANTS** Plaintiffs' Motion and **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 1st day of July, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA